**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| NIRIT YEHESKEL, | : No. 416 EAL 2019 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| TANYA HOPEWELL, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.